



# United States District Court
# Central District of California
# Western Division

CONNECTICUT GENERAL
LIFE INS. CO., *et al.*

                Plaintiffs,

  v.

NEW IMAGES OF BEVERLY
HILLS, *etc.*, *et al.*

                Defendants.

CV 99-08197 TJH (VDKx)

## Findings of Fact
## and
## Conclusions of Law

The Court makes the following Findings of Fact and Conclusions of Law in support of the issuance of the preliminary injunction freezing the assets of Defendant Haya Zilka.

**Findings of Fact**

1.    Plaintiffs are likely to suffer immediate and irreparable injury, loss, or damage if the Court does not enjoin Haya Zilka from transferring assets.

2.    Members of the Zilka family, including Haya Zilka, have engaged in extraordinary misconduct before and during the pendency of this action, including

MAY 3 2002

1    fraudulent transfers and civil contempt, designed to conceal assets and evade

2    enforcement of this Court's judgments.

3    3.      Unless the Court issues a preliminary injunction, it is probable that Haya Zilka

4    will engage in similar and additional misconduct in response to Plaintiffs' claims

5    against her, for which Plaintiffs seek, *inter alia*, the equitable remedies of restitution

6    for unjust enrichment and disgorgement for violations of Cal. Bus. and Prof. Code

7    § 17200.

8                              **Conclusions of Law**

9            The Court may issue a preliminary injunction to prevent a defendant from

10   dissipating assets to preserve the possibility of equitable remedies. *Republic of the*

11   *Philippines v. Marcos*, 862 F. 2d 1355, 1364 (9th Cir. 1988).

12

13   Date:   May 1, 2002

14

15                                                    Terry J. Hatter, Jr.
                                                      United States District Judge
16

17

18

19

20

21

22

23

24

25

26