

LODGED




HENNELLY & GROSSFELD LLP
17383 SUNSET BOULEVARD, SUITE 420
PACIFIC PALISADES, CALIFORNIA 90272
(310) 573-7800

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNECTICUT GENERAL LIFE INSURANCE COMPANY, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>NEW IMAGES OF BEVERLY HILLS, etc., et al.,<br><br>Defendants. | CASE NO: CV-99-8197-TJH (VBKx)<br>[CV-99-8197-TJH (VBKx)]<br><br>~~(PROPOSED)~~ AMENDED PRELIMINARY INJUNCTION<br><br>Date:<br>Judge: Hon. Terry J. Hatter, Jr.<br>Courtroom: 17 |
| AND CONSOLIDATED ACTIONS | |

MAY 13 2002

1419

On May 1, 2002, on the Application of Plaintiffs Connecticut General Life Insurance Company, Equitable Life Assurance Society of the United States, Cigna Employee Benefits Services, Inc., United HealthCare Corporation, Humana Inc., Aetna Life Insurance Company and Aetna U.S. Healthcare, Inc. ("Plaintiffs") and after having considered all papers filed in support and in opposition to Plaintiffs' Application, this Court issued an Order and Preliminary Injunction against defendant Haya Zilka.

On May 8, 2002 Plaintiffs filed an Ex Parte Application to Modify Order and Preliminary Injunction of May 1, 2002.

The Court, having reviewed and considered all papers submitted in support of and in opposition to the proposed Amended Preliminary Injunction, and good cause appearing therefor,

1. It is ORDERED that the application for a preliminary injunction enjoining Haya Zilka from transferring assets be, and hereby is, GRANTED.

2. It is further ORDERED that Haya Zilka and any entity owned in whole or in part by her, and their officers, agents, servants, trustees, employees and attorneys and all those in active concert or participation with them, be, and hereby are, ENJOINED, pending the resolution of this case, from selling, assigning, transferring (including, but not limited to, transferring among themselves, to third parties, or moving from one account to another), dissipating or disposing of, in any manner, directly or indirectly, any assets owned, possessed, controlled or held in trust by or for the benefit of any of them, or any members of Haya Zilka's family, or by or for the benefit of any of their trustees or nominees, in this country or overseas, without prior authorization from the Court, except for payment of ordinary living and business expenses totaling less than $ 2,500.00 per month.

HENNELLY & GROSSFELD LLP
17383 SUNSET BOULEVARD, SUITE 420
PACIFIC PALISADES, CALIFORNIA 90272
(310) 573-7800

HENNELLY & GROSSFELD LLP
17383 SUNSET BOULEVARD, SUITE 420
PACIFIC PALISADES, CALIFORNIA 90272
(310) 573-7800

3. Pending the resolution of this case, Defendant Haya Zilka is further ORDERED (a) to provide to Plaintiffs, within 7 days of the date of this Order, a complete and accurate list identifying (by name of institution, address, name of account holder and account number) all financial accounts, in this country or overseas, including but not limited to bank accounts and securities accounts, that are held in the name of, or for the beneficial interest of, Haya Zilka or any entity owned , operated or controlled by Haya Zilka, in whole or in part; (b) to update that list within 10 days of the opening of any new account; (c) to produce to the Plaintiffs copies of all monthly statements on each such account on or before the 10th day of each month, beginning with the copies of the most recent such statements which shall be provided to Plaintiffs within 7 days of the date of this Order.

DATED: May 9, 2002

Terry J. Hatter, Jr.
United States District Judge

Presented by:

Marvin Wexler
Lawrence C. Fox
KORNSTEIN VEISZ WEXLER & POLLARD, LLP

-and-

Eve Triffo
HENNELLY & GROSSFELD, LLP

By: ______________________
Eve Triffo

Attorneys for Plaintiffs

HENNELLY & GROSSFELD LLP
17383 SUNSET BOULEVARD, SUITE 420
PACIFIC PALISADES, CALIFORNIA 90272
(310) 573-7800

# PROOF OF SERVICE

I am over the age of eighteen years and not a party to this action; my business address is 17383 Sunset Boulevard, Suite 420, Pacific Palisades, California 90272.

On May 8, 2002, I served the following described document(s) on the interested parties in said action as indicated on the attached Service List.

**(PROPOSED) AMENDED PRELIMINARY INJUNCTION**

[ X ] *[BY MAIL]* by placing a copy of said document for collection and mailing on the date indicated above, in a sealed envelope(s), addressed as set forth on the attached service list, pursuant to ordinary business practices. I am "readily familiar" with this firm's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service at Pacific Palisades, California on that same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than 1 day after the date of deposit for mailing this affidavit.

[ X ] *[FEDERAL]* I declare under penalty of perjury that the foregoing is true and correct and I am employed in the office of the member of the Bar of this Court at whose direction the service was made.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 8TH day of May, 2002, at Pacific Palisades, California.

**DONNA J. SIMS**

[POS4ProposedPrelimInj.wpd]

# SERVICE LIST

| Counsel | Defendants |
|---|---|
| Henry Fenton, Esq.<br>Dennis Lee, Esq.<br>11845 West Olympic Boulevard, Suite 775<br>Los Angeles, CA 90064<br>Tel: (310) 444-5244<br>Fax: (310) 444-5280 | *Sim Hoffman, M.D.; Advanced Professional Imaging, Inc.* |
| Thomas J. Borchard, Esq.<br>Maureen Baur, Esq.<br>**BORCHARD & BAUR, APC**<br>25909 Pala, Suite 380<br>Mission Viejo, CA 92691<br>Tel: (949) 457-9505<br>Fax: (949) 457-1666 | *Mohsen Tavoussi, M.D.* |
| Daniel D. Rodarte, Esq.<br>**LAW OFFICE OF DANIEL D. RODARTE, APC**<br>233 Wilshire Boulevard, Suite 700<br>Santa Monica, CA 90401<br>Tel: (310) 319-5465<br>Fax: (310) 458-3960 | *Willow Glen; Susan Alter; William Jorgensen, M.D.; Wilshire Outpatient Surgery Center; Teofilo Po, M.D.* |
| Martin R. Berman, Esq.<br>**LAW OFFICES OF JAMES AARON PFLASTER and MARTIN R. BERMAN**<br>11835 West Olympic Boulevard, Suite 1235 East<br>Los Angeles, CA 90064<br>Tel: (310) 445-3581<br>Fax: (310) 445-3574 | *Westwood Surgery Center; Herbert Hudson* |
| Matt Geragos, Esq.<br>Shelley Kaufman, Esq.<br>**GERAGOS & GERAGOS**<br>350 South Grand Avenue<br>Los Angeles, CA 90071-3480<br>Tel: (213) 625-3900<br>Fax: (213) 625-1600 | *Ronald Grusd, M.D.; The Oaks Diagnostic* |
| Matthew J. Fairshter, Esq.<br>**BENNETT & FAIRSHTER, LLP**<br>225 South Lake Avenue, 9th Floor<br>Pasadena, CA 91101<br>Tel: (626) 568-1200<br>Fax: (626) 568-8930 | *Ezeckiel Zilka, M.D.<br>Saghi Zilka; Haya Zilka* |

HENNELLY & GROSSFELD LLP
17383 SUNSET BOULEVARD, SUITE 420
PACIFIC PALISADES, CALIFORNIA 90272
(310) 573-7800

HENNELLY & GROSSFELD LLP
17383 SUNSET BOULEVARD, SUITE 420
PACIFIC PALISADES, CALIFORNIA 90272
(310) 573 7800

| | |
|---|---|
| Clifford Ermshar, M.D.<br>c/o Beck Saffary, Esq.<br>**AVANESSIAN & ASSOCIATES**<br>16661 Ventura Boulevard, Suite 518<br>Encino, CA 91436<br>Tel: (818) 990-7100<br>Fax: (818) 990-1811 | *In Pro Per* |
| Roy G. Weatherup, Esq.<br>**HAIGHT, BROWN & BONESTEEL LLP**<br>6080 Center Drive, Suite 800<br>Los Angeles, CA 90045-1574<br>Tel: (310) 215-7100<br>Fax: (310) 215-7300 | *Ata O. Montazeri, M.D.; All American Medical Group dba Mariners Bay Surgical Center* |
| Abasali Amir-Jahed, M.D.<br>439 No. Doheny Drive, Suite 207<br>Beverly Hills, CA 90210<br>Tel: (310) | *In Pro Per* |
| Thomas C. Cloud, M.D.<br>11911 Magnolia Boulevard, No. 8<br>Valley Village, CA 91607<br>Tel: (818) 766-2455 | *In Pro Per* |
| Roy C. Dickson, Esq.<br>**DICKSON & ASSOCIATES**<br>4676 Lakeview Avenue, Suite 107<br>Yorba Linda, CA 92886<br>Tel: (714) 693-5031<br>Fax: (714) 693-2833 | *Harrell E. Robinson, M.D.; Providence Ambulatory Surgical Center, Inc.* |
| Garrett Skelly, Esq.<br>1442 Irvine Boulevard, Suite 229<br>Tustin, CA 92780<br>Tel: (714) 730-3708<br>Fax: (714) 730-5990 | *Vanessa Valdez, Ramon Valdez, Manzur Falah, Nelly Falah, Benson Yu, Susan Yu* |
| David J. Pasternak, Receiver<br>1875 Century Park East, Suite 2200<br>Los Angeles, CA 90067-2523<br>Tel: (310) 553-1500<br>Fax: (310) 553-1540 | *Willow Glen Enterprises, Inc. dba Moreno Valley Surgery Center* |
| David R. Aikens, Esq.<br>2215 Torrance Boulevard, Suite 202<br>Torrance, CA 90501-2517<br>Tel: (310) 320-3555<br>Fax: (310) 782-8788 | *Hector Arnazzi, M.D.* |

Rolando Fernando, M.D.
6345 Via Colinita
Rancho Palos Verdes, CA 90275
Tel: (310) 933-8087
Fax: (310) 933-9881

***In Pro Per***

Tove Jorgensen
c/o Leonard A. Goldman, Esq.
1900 Avenue of the Stars, Suite 1800
Los Angeles, CA 90067
Tel: (310) 277-7171
Fax: (310) 277-1547

***William A. Jorgensen, M.D.***

Connolly Oyler
**OYLER & WOLDMAN**
233 Wilshire Blvd., Suite 400
Santa Monica, CA 90401
Tel: (310) 917-1040
Fax: (310) 917-1041

***COURTESY COPY***

***ALSO SERVED BY FACSIMILE***

HENNELLY & GROSSFELD LLP
17383 SUNSET BOULEVARD, SUITE 420
PACIFIC PALISADES, CALIFORNIA 90272
(310) 573-7800

# PROOF OF SERVICE BY FACSIMILE

I, the undersigned, say, I am and was at all times herein mentioned, a citizen of the United States and a resident of the County of Los Angeles, State of California; over the age of 18 years and not a party to the within action or proceeding; that my business address is 17383 Sunset Boulevard, Suite 420, Pacific Palisades, California 90272. On May 8, 2002, I caused to be served on interested parties in said action by transmitting a true copy of said document by facsimile transmission at the time indicated on the transmission report from facsimile telephone number (310) 573-7806 to a facsimile machine maintained by the party on whom it was served, at the facsimile machine telephone number indicated on the attached service list, pursuant to *California Rules of Court* Rule 2005, the following named document:

**(PROPOSED) AMENDED PRELIMINARY INJUNCTION**

The facsimile machine I used complied with Rule 2003(3) and no error was reported by the machine. Pursuant to Rule 2008(e), I caused the machine to print a record of the transmission, which is attached to the file copy of this document. Said facsimile transmission was directed as follows:

Connolly Oyler
**OYLER & WOLDMAN**
233 Wilshire Blvd., Suite 400
Santa Monica, CA 90401
Tel: (310) 917-1040
Fax: (310) 917-1041

***Attorneys for Defendant Haya Zilka***

I declare under penalty of perjury that the above is true and correct and that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed this 8th day of May, 2002, at Pacific Palisades, California.

[signature]
**DONNA J. SIMS**

**[POS4ProposedPrelimInj.wpd]**

HENNELLY & GROSSFELD LLP
17383 SUNSET BOULEVARD, SUITE 420
PACIFIC PALISADES, CALIFORNIA 90272
(310) 573-7800