DAVID L. RAY,
RECEIVER
SALTZBURG, RAY & BERGMAN, LLP
12121 Wilshire Boulevard
Suite 600
Los Angeles, California 90025-1166
(310) 481-6700 – Fax: (310) 481-6720
E-Mail: dlr@srblaw.com

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNECTICUT GENERAL LIFE INSURANCE COMPANY, et al.,<br><br>Plaintiff,<br><br>v.<br><br>NEW IMAGES OF BEVERLY HILLS, etc., et al.,<br><br>Defendants.<br><br>AND CONSOLIDATED CASES | CASE NO.: CV 99-08197-TJH (VBKx)<br><br>**NOTICE OF FIFTY-EIGHTH REQUEST FOR INTERIM COMPENSATION OF RECEIVER.**<br><br>CTRM: None<br>DATE: None<br>TIME: None<br><br>Disc. Cut-off: None<br>Motion Cut-off: None<br>Trial Date: None |

TO ALL PARTIES HEREIN AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant this Court's May 25, 2004 Order Appointing Receiver Over Debtor Haya Zilka's Businesses in Aid of Judgment Enforcement, David L. Ray, Receiver Federal Court Receiver, gives notice of his Request for Interim Compensation and his intention to pay interim fees and reimburse expenses to:

1. The Receiver, David L. Ray, for the period June 1, 2009 through June 30, 2009;

## RECEIVER'S FEES AND COSTS

| | |
|---|---|
| Fees: | $ 253.90 |
| Costs: | $ 17.43 |
| Total: | $ 271.33 |

A copy of the Receiver's statement is attached hereto, marked as **Exhibit "A"** and incorporated herein by reference.

Pursuant to the May 25, 2004 Order, unless Receiver's counsel, Damon G. Saltzburg, of Saltzburg, Ray & Bergman, LLP receives written objections to the Request for Interim Compensation within seven days of the request, the Receiver shall be authorized to pay to the requesting parties, from assets of the Receivership Estate, the fees and expenses requested.

DATED: July 14, 2009                    Respectfully submitted,

_____
DAVID L. RAY
Federal Court Receiver

DAVID L. RAY, RECEIVER
12121 Wilshire Boulevard, Suite 600
Los Angeles, California 90025-1166

**EXHIBIT A**

# David L. Ray
RECEIVER
12121 WILSHIRE BLVD., SUITE 600
LOS ANGELES, CA 90025
310-481-6700 FAX 310-481-6720

June 30, 2009

PAGE 1
INVOICE# 52016

CIGNA VS. NEW IMAGES ET AL.
C/O DAVID L. RAY, RECEIVER
12121 WILSHIRE BLVD., SUITE 600
LOS ANGELES, CA 90025

MATTER I.D.  5734-000- DLR

RE: CIGNA V. NEW IMAGES OF BEVERLY HILLS, ETC., ET AL.

FOR SERVICES RENDERED THROUGH June 30, 2009

| | | |
|---|---:|---:|
| PREVIOUS BALANCE | | $ 2,482.27 |
| CURRENT FEES | 253.90 | |
| CURRENT DISBURSEMENTS | 17.43 | |
| TOTAL CURRENT DUE | 271.33 | |
| TOTAL DUE | | $ 2,753.60 |

| | HOURS | RATE | AMOUNT |
|---|---:|---:|---:|
| SOO K. JUN | 2.5 | $ 60.00 | $ 150.00 |
| JULIE H. TAKEDA | 0.3 | $ 163.00 | $ 48.90 |
| DAVID L. RAY | 0.2 | $ 275.00 | $ 55.00 |

EXHIBIT A PAGE 1

# David L. Ray
### RECEIVER

June 30, 2009

                                                                      PAGE 2
CIGNA VS. NEW IMAGES ET AL.                       INVOICE # 52016

MATTER NO: 5734-000 - DLR

Re: CIGNA V. NEW IMAGES OF BEVERLY HILLS, ETC., ET AL.

| DATE | DESCRIPTION OF SERVICES | ATTY | HOURS |
|---|---|---|---|
| 06-08-09 | TELEPHONE CALL TO SOUTH BAY BANK RE CLOSED ACCOUNT | SKJ | 0.2 |
| 06-10-09 | PREPARE CASH DISBURSEMENTS UPDATE DATA | SKJ | 0.6 |
| 06-11-09 | REVIEW NOTICE OF 57TH REQUEST OF INTERIM COMPENSATION FOR RECEIVER | DLR | 0.2 |
| 06-22-09 | REVIEW STATUS OF CASE | JHT | 0.3 |
| 06-24-09 | PREPARE BANK RECONCILIATIONS | SKJ | 0.5 |
| 06-26-09 | PREPARE 55TH ACCOUNT OF RECEIVER | SKJ | 0.8 |
| 06-30-09 | PREPARE CASH DISBURSEMENTS | SKJ | 0.4 |

                                        TOTAL FEES    $   253.90



EXHIBIT A PAGE 2

# David L. Ray
RECEIVER

June 30, 2009

CIGNA VS. NEW IMAGES ET AL.　　　　　　　　　　　　　　　PAGE 3
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　INVOICE # 52016

MATTER NO: 5734-000 - DLR

Re: CIGNA V. NEW IMAGES OF BEVERLY HILLS, ETC., ET AL.

| DATE | DISBURSEMENT DESCRIPTION | Amount |
|---|---|---|
| 06-03-09 | REPRODUCTION | 2.20 |
| 06-11-09 | REPRODUCTION | 2.00 |
| 06-11-09 | POSTAGE | 4.88 |
| 06-11-09 | POSTAGE | 0.44 |
| 06-11-09 | POSTAGE | 6.10 |
| 06-12-09 | POSTAGE | 0.61 |
| 06-26-09 | REPRODUCTION | 1.20 |
| | TOTAL DISBURSEMENTS | 17.43 |

EXHIBIT __A__ PAGE __3__

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen (18) and not a party to the within action. My business address is 12121 Wilshire Boulevard, Suite 600, Los Angeles, California 90025-1166.

On July 15, 2009, I served the foregoing document described **NOTICE OF FIFTY-EIGHTH REQUEST FOR INTERIM COMPENSATION OF RECEIVER** on the interested parties in this action as follows:

☒ **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING**

The foregoing document will be served by the court via NEF and hyperlink to the document. On July 15, 2009, I checked the CM/ECF docket for this case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below.

☒ Service information continued on attached page

☒ **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):

On July 15, 2009 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

☒ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on July 15, 2009, at Los Angeles, California.

*/s/ Thomas Bonasera*
THOMAS BONASERA

125717.1  5734.000

## SERVICE LIST

**SERVED ELECTRONICALLY:**

COUNSEL FOR HAYA ZILKA, JUDGMENT DEBTOR
AND RECEIVERSHIP ENTITIES
Stephanie L. Krafchak, Esq.
Krafchak & Associates
2029 Century Park East
Suite 900
Los Angeles, CA 90067
**skrafchak@mac.com**

COUNSEL FOR PLAINTIFFS
Marvin Wexler, Esq.
Lawrence C. Fox, Esq.
Kornstein Veisz & Wexler, LLP
757 Third Ave.
New York, NY 10017
**mwexler@kvwmail.com**

Edward Gartenberg, Esq.
Gartenberg Gelfand Wasson & Selden LLP
11755 Wilshire Blvd.
Suite 1230
Los Angeles, CA 90025
**egartenberg@ggwslaw.com**

**SERVED BY FIRST CLASS MAIL:**

Hon. Terry J. Hatter
U.S. District Court
312 N. Spring St.
Los Angeles, CA 90012

125717.1 5734.000