DAVID L. RAY, RECEIVER
12121 Wilshire Boulevard
Suite 600
Los Angeles, California 90025-1166
(310) 481-6700 – Fax: (310) 481-6720

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNECTICUT GENERAL LIFE INSURANCE COMPANY, et al.,<br><br>    Plaintiff,<br><br>v.<br><br>NEW IMAGES OF BEVERLY HILLS, etc., et al.,<br><br>    Defendants.<br><br>AND CONSOLIDATED CASES | CASE NO.: 2:99-cv-08197-TJH (VBKx)<br><br>**SIXTY - SECOND ACCOUNT OF RECEIVER**<br><br>CTRM: 17<br>DATE: NO HEARING REQUIRED<br>TIME:<br><br>Judge: Hon. Terry J. Hatter, Jr. |

TO THE HONORABLE TERRY J. HATTER, JR., UNITED STATES DISTRICT COURT JUDGE, AND TO ALL THE PARTIES IN INTEREST:

David L. Ray, Federal Court Receiver herein ("Receiver") hereby submits herewith as **Exhibit "A"** and incorporated herein his Sixty Second Account of Receiver ("Account") representing the unaudited cash transactions for the Receivership Estate covering the period December 1, 2009 through December 31, 2009.

///

1

DAVID L. RAY, RECEIVER
12121 Wilshire Boulevard, Suite 600
Los Angeles, California 90025-1166

1. I declare under the penalty of perjury that the information contained in the Account is true and correct to the best of my knowledge.

2. Executed this 27 day of January, 2010, in Los Angeles, California.

DAVID L. RAY
Federal Court Receiver

///

# EXHIBIT A

5734.000

## CONNECTICUT GENERAL LIFE INSURANCE COMPANY, et al.
## vs.
## NEW IMAGES OF BEVERLY HILLS, etc., et al.

### SUMMARY OF CASH ACCOUNT

DAVID L. RAY RECEIVER                                                                                    CASE #CV-99-08197-TJH

|  | RECEIVER'S GENERAL ACCOUNT SOUTH BAY BANK ACCT.# 001-173731 | RECEIVER'S OPERATING ACCOUNT SOUTH BAY BANK ACCT.# 001-172689 | RECEIVER'S OPERATING ACCT. CITY NATIONAL BANK ACCT.# 210-091661 | RECEIVER'S MONEY MKT. ACCT. CITY NATIONAL BANK ACCT.# 112-938583 | TOTAL |
|---|---|---|---|---|---|
| BALANCE FORWARD: 11/30/2009 | $0.00 | $0.00 | $4,465.25 | $32,314.26 | $36,779.51 |
| **DECEMBER 01, 2009 THROUGH DECEMBER 31, 2009** | | | | | |
| **Receipts** | $0.00 | $0.00 | $0.00 | $4.79 | $4.79 |
| CREDITS-TRANSFERS | $0.00 | $0.00 | $10,000.00 | $0.00 | |
| TOTAL RECEIPTS: | $0.00 | $0.00 | $10,000.00 | $4.79 | |
| **Disbursements** | $0.00 | $0.00 | $5,001.67 | $0.00 | $5,001.67 |
| DEBITS-TRANSFERS | $0.00 | $0.00 | $0.00 | $10,000.00 | |
| TOTAL DISBURSEMENTS: | $0.00 | $0.00 | ($5,001.67) | ($10,000.00) | |
| NET TRANSACTIONS DECEMBER 2009 | $0.00 | $0.00 | $4,998.33 | ($9,995.21) | ($4,996.88) |
| BALANCE IN ACCOUNT: | $0.00 Closed | $0.00 Closed | $9,463.58 | $22,319.05 | |

Balance in Receivership Estate Trust Account as of December 31, 2009: **$31,782.63**

## Cash Flow Report - 5734 - Dec 2009:3
12/1/2009 through 12/31/2009

1/26/2010                                                                                         Page 1

| Category Description | 12/1/2009-12/31/2009 |
|---|---:|
| **INFLOWS** | |
| Interest Inc | 4.79 |
| **TOTAL INFLOWS** | 4.79 |
| **OUTFLOWS** | |
| OPERATING COST | |
| Storage | 177.50 |
| TOTAL OPERATING COST | 177.50 |
| PROFESSIONAL SERVICES | |
| Legal | 2,875.00 |
| Receiver | |
| Costs | 229.97 |
| Other PROFESSIONAL SERVICES:Re... | 1,719.20 |
| TOTAL Receiver | 1,949.17 |
| TOTAL PROFESSIONAL SERVICES | 4,824.17 |
| **TOTAL OUTFLOWS** | 5,001.67 |
| **OVERALL TOTAL** | -4,996.88 |

Exhibit "A"    Page 4

# CASH RECEIPTS-OPERATING ACCT. - Dec 2009:2

12/1/2009 through 12/31/2009

1/26/2010 Page 1

| Date | Account | Num | Description | Memo | Category | Cl | Amount |
|---|---|---|---|---|---|---|---|
| 12/4/2009 | CNB OPERATIN... | | CONNECTICUT GENERAL LIFE... | TRANSFER T... | [CNB MONEY MKT #... | R | 10,000.00 |
| 12/1/2009 - 12/31/2009 | | | | | | | 10,000.00 |
| | | | | TOTAL INFLOWS | | | 10,000.00 |
| | | | | TOTAL OUTFLOWS | | | 0.00 |
| | | | | NET TOTAL | | | 10,000.00 |

## CASH DISBURSEMENT-OPERATING ACCT. - Dec 2009:3
### 12/1/2009 through 12/31/2009

1/26/2010                                                                                                                    Page 1

| Date | Account | Num | Description | Memo | Category | Clr | Amount |
|------|---------|-----|-------------|------|----------|-----|--------|
| 12/4/2009 | CNB OP... | 4018 | S DAVID L. RAY, RECEI... | FEES, 09/30/09 | PROFESSIONAL SE... | R | -1,106.60 |
|  |  |  |  | COSTS, 09/30/09 | PROFESSIONAL SE... | R | -177.79 |
|  |  |  |  | FEES, 10/31/09 | PROFESSIONAL SE... | R | -612.60 |
|  |  |  |  | COSTS, 10/31/09 | PROFESSIONAL SE... | R | -52.18 |
| 12/4/2009 | CNB OP... | 4019 | S SALTZBURG, RAY & B... | 09/30/2009 | PROFESSIONAL SE... | R | -1,682.50 |
|  |  |  |  | 10/31/2009 | PROFESSIONAL SE... | R | -1,192.50 |
| 12/9/2009 | CNB OP... | 4020 | AA OLYMPIC/CENTIN... | UNIT#2212, 12/2009 | OPERATING COST:S... | R | -177.50 |
| 12/1/2009 - 12/31/2009 |  |  |  |  |  |  | -5,001.67 |

| | |
|---|---|
| TOTAL INFLOWS | 0.00 |
| TOTAL OUTFLOWS | -5,001.67 |
| NET TOTAL | -5,001.67 |

## CASH RECEIPTS-GENERAL ACCOUNT - Dec 2009:14

12/1/2009 through 12/31/2009

1/26/2010 Page 1

| Date | Account | Num | Description | Category | Clr | Amount |
|---|---|---|---|---|---|---|
| 12/31/2009 | CNB MON... | | Interest Earned | Interest Inc | R | 4.79 |
| **12/1/2009 - 12/31/2009** | | | | | | **4.79** |
| | | | | TOTAL INFLOWS | | 4.79 |
| | | | | TOTAL OUTFLOWS | | 0.00 |
| | | | | NET TOTAL | | 4.79 |

## CASH DISBURSEMENT-MONEY MKT. ACCOUNT - Dec 2009:2
### 12/1/2009 through 12/31/2009

1/26/2010                                                                                                              Page 1

| Date | Account | Num | Description | Memo | Category | Clr | Amount |
|---|---|---|---|---|---|---|---|
| 12/4/2009 | CNB MON... | 20003 | CONNECTICUT GENER... | TRANSFER TO OPERAT... | [CNB OPERATIN... | R | -10,000.00 |
| 12/1/2009 - 12/31/2009 | | | | | | | -10,000.00 |
| | | | | | TOTAL INFLOWS | | 0.00 |
| | | | | | TOTAL OUTFLOWS | | -10,000.00 |
| | | | | | NET TOTAL | | -10,000.00 |

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

    I am employed in the County of Los Angeles, State of California. I am over the age of eighteen (18) and not a party to the within action. My business address is 12121 Wilshire Boulevard, Suite 600, Los Angeles, California 90025-1166.

    On January 28, 2010, I served the foregoing document described **NOTICE OF SIXTY-SECOND ACCOUNT OF RECEIVER** on the interested parties in this action as follows:

☒   **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING**
The foregoing document will be served by the court via NEF and hyperlink to the document. On January 28, 2010, I checked the CM/ECF docket for this case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below.

                          ☒   Service information continued on attached page

☒   **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**
On January 28, 2010, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

                          ☒   Service information continued on attached page

☒ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on January 28, 2010, at Los Angeles, California.

*/s/ Cheryleigh Bullock*
CHERYLEIGH BULLOCK

128442.1   5734.000

## SERVICE LIST

**SERVED ELECTRONICALLY:**

COUNSEL FOR HAYA ZILKA, JUDGMENT DEBTOR
AND RECEIVERSHIP ENTITIES
Stephanie L. Krafchak, Esq.
Krafchak & Associates
2029 Century Park East
Suite 900
Los Angeles, CA 90067
**skrafchak@mac.com**

COUNSEL FOR PLAINTIFFS
Marvin Wexler, Esq.
Lawrence C. Fox, Esq.
Kornstein Veisz & Wexler, LLP
757 Third Ave.
New York, NY 10017
**mwexler@kvwmail.com**

Edward Gartenberg, Esq.
Gartenberg Gelfand Wasson & Selden LLP
11755 Wilshire Blvd.
Suite 1230
Los Angeles, CA 90025
**egartenberg@ggwslaw.com**

**SERVED BY FIRST CLASS MAIL:**

Hon. Terry J. Hatter
U.S. District Court
312 N. Spring St.
Los Angeles, CA 90012